2**6-04161-MJ-01-PCT-CDB**

## United States District Court
### Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A13 | E 1067636 | TEEL | 1285 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 5-26-2026 / 2133 | 18 USC 13 (ASSIMILATED CRIMES ACT) 13-1203-A1 PER 360 (C.V.) |

Place of Offense: 16 OFFICERS ROW #C PRESCOTT AZ 86313

Offense Description: Factual Basis for Charge   HAZMAT ☐

ASSAULT PER DOMESTIC VIOLENCE

**DEFENDANT INFORMATION**   Phone ( )

| Last Name | First Name | M.I. |
|---|---|---|
| BECK | LUKE | A |

City: PRESCOTT   State: AZ   Zip Code: 86313

State: T<

☐ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair: BALD   Eyes: HAZ   6'00"   Weight: 170

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. SAN FRANCISCO ST FLAGSTAFF AZ 86001   Date:   Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   SERVED

Officer's Copy (Pink)

*E1067636*

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

| Location | A13 | Complaint 6492600401 | Citation# E1067636 |
|----------|-----|----------------------|--------------------|

I, Ofc K. Chambers #5016 state that on or about May 26, 2026, in the District of Arizona, in Yavapai County, within the confines of the Bob Stump Veterans Administration, ("BSVA") Medical Center in Prescott, Arizona, in the District of Arizona. The following occurred:


Narrative:

On May 26, 2026, at approximately 2133 hours, I, Officer Chambers, was on duty as Paul 34, a fully uniformed patrol officer equipped with an Axon Body-Worn Camera device, from 1800 to 0600 hours. VAPD Dispatch notified me of an in-progress altercation between roommates with a possible weapon located at 16 Officers Row, Apartment C.

Upon arrival, I entered quarters 8 and proceeded to Apartment C. After briefly pausing to listen at the door, I knocked and announced my presence to the residents. I heard two male voices inside, and one of them stated to come in. I knocked, announced my presence again, and asked the individual to come to the door. The door opened, and Luke Beck exited the apartment, only to see that I had my service pistol drawn. Luke immediately raised his hands and said, " Don't shoot me".

I then instructed Luke to walk down the stairs to the other officers. Please see Sgt. Eaton's supplement.

While Luke was being taken into custody, I asked him if he had any weapons. Luke stated that he had a pistol in the trunk of his car.

Once I entered the apartment, I conducted a protective sweep. While conducting the sweep, I saw ▆▆▆▆ ▆▆▆▆ lying on his bed, stating that he had been punched multiple times by Luke.

I asked ▆▆▆▆ what had happened. ▆▆▆▆ stated that he and Luke had been drinking for most of the day, but he was not intoxicated. ▆▆▆▆ said that around 9:00 PM, Luke began punching him. I asked ▆▆▆▆ how many times he was hit. ▆▆▆▆ stated that he was punched six times: twice in the throat and 4 times in the face.

I checked ▆▆▆▆ for visible markings, bruises, or scars. ▆▆▆▆ informed me that he had undergone several surgeries related to his throat and spine. Bruising was evident throughout his body, including his face. For further detailed information, please refer to the body-worn camera footage.

▆▆▆▆ stated that he

At approximately 2143 hours, the Prescott Fire Department arrived on scene. Fire personnel assessed ▆▆▆▆ and determined that he needed to be transported to Yavapai Regional Medical Center West.

At approximately 2201 hours, Lifeline transported ▆▆▆▆ to Yavapai Regional Medical Center for further evaluation.

At approximately 2212 hours, Luke was transported to the VAPD holding cell pending transport to Yavapai County Jail.

While in the holding cell, Luke defecated on himself and required assistance with changing into new clothing and discarding the soiled clothing.

At approximately 0041 hours, I advised Luke of his Miranda rights. Luke invoked his rights and stated that he wished to remain silent and not answer any questions. The reason why Luke was Mirandized so late was due to his violent behavior when exiting the patrol vehicle, and the loss of his bowels took priority.

At approximately 0055 hours, Luke was transported to the NAVAHC Emergency Department for medical clearance before being booked into jail.

At approximately 0155 hours, Luke was transported to Yavapai County Jail. Luke is being charged with ARS 13-2904 (Disorderly Conduct) and ARS 13-1203 (Assault). Both charges are classified as domestic violence due to the roommate relationship between Luke and █████

Disposition: Closed; Arrested.

The foregoing statement is based upon:
X my personal observation    X my personal investigation    ☐ information supplied to me by my fellow officer's observation    ☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____03 27 2026_____    _Kendall Chambers_
　　　　　　Date (mm/dd/yyyy)　　　　Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D Bibles** Digitally signed by Camille D Bibles
Date: 2026.05.27 07:09:47 -07'00'
　　　　Date (mm/dd/yyyy)　　　　U.S. Magistrate Judge

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A13 | E 1067637 | TEEL | 12.85 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 5-26-7026 / 7.33 | 18 USC 13 (ASSIMILATED CRIME<br>ACT)<br>13-2904A1 PER 3601 (D.V.) |

Place of Offense  16 OFFICERS ROW #C
PRESCOTT  AZ 86303

Offense Description Factual Basis for Charge                HAZMAT ☐

DISORDERLY CONDUCT PER
DOMESTIC VIOLENCE

### DEFENDANT INFORMATION   Phone (   )

| Last Name | First Name | M.I. |
|---|---|---|
| BECK | LUKE | A |

███████████████████████

| City | State | Zip Code | |
|---|---|---|---|
| PRESCOTT | AZ | 86313 | ████ |

| | DL ☐ | DL State | |
|---|---|---|---|
| ████ | | TX | ████ |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair 15/BN | Eyes BM2 | 6'00" | Weight 70 |
|---|---|---|---|---|---|

### VEHICLE   VIN                      CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ if Box A is checked, you must appear in court. See Instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 123 N. SAN FRANCISCO ST<br>FLAGSTAFF AZ 86001 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    SERVED

Officer's Copy (Pink)

*E1067637*

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

| Location | A13 | Complaint 6492600401 | Citation# E1067637 |
|---|---|---|---|

I, Ofc K. Chambers #5016 state that on or about May 26, 2026, in the District of Arizona, in Yavapai County, within the confines of the Bob Stump Veterans Administration, ("BSVA") Medical Center in Prescott, Arizona, in the District of Arizona. The following occurred:

Narrative:

On May 26, 2026, at approximately 2133 hours, I, Officer Chambers, was on duty as Paul 34, a fully uniformed patrol officer equipped with an Axon Body-Worn Camera device, from 1800 to 0600 hours. VAPD Dispatch notified me of an in-progress altercation between roommates with a possible weapon located at 16 Officers Row, Apartment C.

Upon arrival, I entered quarters 8 and proceeded to Apartment C. After briefly pausing to listen at the door, I knocked and announced my presence to the residents. I heard two male voices inside, and one of them stated to come in. I knocked, announced my presence again, and asked the individual to come to the door. The door opened, and Luke Beck exited the apartment, only to see that I had my service pistol drawn. Luke immediately raised his hands and said, " Don't shoot me".

I then instructed Luke to walk down the stairs to the other officers. Please see Sgt. Eaton's supplement.

While Luke was being taken into custody, I asked him if he had any weapons. Luke stated that he had a pistol in the trunk of his car.

Once I entered the apartment, I conducted a protective sweep. While conducting the sweep, I saw ███ ███ ying on his bed, stating that he had been punched multiple times by Luke.

I asked ███ what had happened. ███ stated that he and Luke had been drinking for most of the day, but he was not intoxicated. ███ said that around 9:00 PM, Luke began punching him. I asked ███ how many times he was hit. ███ stated that he was punched six times: twice in the throat and 4 times in the face.

I checked ███ for visible markings, bruises, or scars. ███ informed me that he had undergone several surgeries related to his throat and spine. Bruising was evident throughout his body, including his face. For further detailed information, please refer to the body-worn camera footage.

███ tated that he

At approximately 2143 hours, the Prescott Fire Department arrived on scene. Fire personnel assessed ███ and determined that he needed to be transported to Yavapai Regional Medical Center West.

At approximately 2201 hours, Lifeline transported ███ o Yavapai Regional Medical Center for further evaluation.

At approximately 2212 hours, Luke was transported to the VAPD holding cell pending transport to Yavapai County Jail.

While in the holding cell, Luke defecated on himself and required assistance with changing into new clothing and discarding the soiled clothing.

At approximately 0041 hours, I advised Luke of his Miranda rights. Luke invoked his rights and stated that he wished to remain silent and not answer any questions. The reason why Luke was Mirandized so late was due to his violent behavior when exiting the patrol vehicle, and the loss of his bowels took priority.

At approximately 0055 hours, Luke was transported to the NAVAHC Emergency Department for medical clearance before being booked into jail.

At approximately 0155 hours, Luke was transported to Yavapai County Jail. Luke is being charged with ARS 13-2904 (Disorderly Conduct) and ARS 13-1203 (Assault). Both charges are classified as domestic violence due to the roommate relationship between Luke and ███████.

Disposition: Closed; Arrested.

The foregoing statement is based upon:
X my personal observation    X my personal investigation    ☐ information supplied to me by my fellow officer's observation    ☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __05/27/2026__         _Kendahl Chambers_
Date (mm/dd/yyyy)                     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D Bibles__  Digitally signed by Camille D Bibles
                                    Date: 2026.05.27 07:10:21 -07'00'
Date (mm/dd/yyyy)                   U.S. Magistrate Judge